■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS COLON, Appellant. [596 NYS2d 700] —Appeal by the defendant from a judgment of the County Court, Nassau County (Wexner, J.), rendered February 14, 1992.

Ordered that the judgment is affirmed.

We find that the defendant's plea of guilty was knowingly and voluntarily entered. As the defendant raised no other issues, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASQUALE DELAROSA, Appellant. [596 NYS2d 700] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered September 27, 1990, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the Supreme Court erred in imposing sentence in the absence of a certified court interpreter is unpreserved for appellate review *(see, People v Lopez,* 71 NY2d 662; *People v Pellegrino,* 60 NY2d 636). In any event, a review of the sentencing minutes reveals that a court interpreter was, in fact, present. Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.